The granting of a motion for summary judgment is only appropriate where it appears that the non-moving party could not prevail under any conceivable set of circumstances.Whitehead v. Davison Oil Co., Inc., 352 So.2d 1339 (Ala. 1977). If there is a scintilla of evidence supporting the position of the party against whom the motion is made, a genuine issue as to a material fact exists. Watkins v. St. Paul Fire and MarineInsurance Co., 376 So.2d 660 (Ala. 1979). "The scintilla rule only requires that the evidence furnish a mere gleam, glimmer, spark, the least bit, the smallest trace, in support of plaintiff's complaint." Watkins v. St. Paul Fire MarineInsurance Co., 376 So.2d at 662. I concur because it appears that a "glimmer" exists in this case.